## Ex Parte Carreras et al.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 141.—Resuelto en Junio 15, 1904.

Prueba del Nacimiento—Registro Civil—Certificaciones Expedidas Por los Párrocos.—El nacimiento se prueba con la certificación del Registro Civil, y las certificaciones expedidas por los párrocos de inscripciones de nacimientos verificadas con posterioridad á la vigencia de la Ley de Registro Civil carecen de fuerza legal.

Matrimonio—Dispensa para Contraerlo—Justa Causa.—Los Tribunales pueden dispensar el cuarto grado de consanguinidad, para contraer matrimonio, pero para ello debe mediar justa causa, y el hecho de que los solicitantes hubieren llevado relaciones amorosas por un término de cuatro ó cinco años, sin haber contraido matrimonio por impedirlo la ley, no constituye justa rausa.

### EXPOSICIÓN DEL CASO.

En el recurso de apelación que ante Nos pende interpuesto por Don Juan Francisco Bernabé Carreras y Carbó, y por Doña María Laureano Carbó y Gonzalez, que se mostraron parte ante este Tribunal Supremo, bajo la dirección del Letrado Don Sandalio Torres Monge, solicitando la revocación y anulación del auto dictado por la Corte de Distrito de Mayagüez, que literalmente dice así:

"Mayagüez, primero de Octubre de mil novecientos tres.
*Resultando*: que Don Benito Forés en representación de Don·

Juan Francisco Bernabé Carreras y Carbó y Da. María Laureano Carbó y Gonzalez vecino de San Sebastian, con presentación de dos certificaciones expedidas por el párroco del poblado del Rosario, una referente al año 1877 y otra al año 1886, y con ellas, y mediante información, pretende que se dispense á Bernabé Carreras y Laureana Carbó del cuarto grado de consanguinidad, á fín de que puedan contraer matrimonio.

*Resultando*: que mandada oir la información, declararon varios testigos que Bernabé Carreras y María Laureano Carbó, llevaban relaciones amorosas desde hace cuatro ó cinco años, y estimaban conveniente el matrimonio, porque de otra manera sufriría la joven y que si no se han casado antes ha sido por prohibirlo la ley.

*Considerando*: que el certificado de nacimiento de María Laureano Carbó, no tiene fuerza légal suficiente, porque lleva fecha de 1886 la inscripción, y ya entonces estaban en vígor los libros del Registro Civil.

*Considerando*: por otra parte, que los Tribunales de Justicia solo pueden dispensar, á instancia de parte, el cuarto grado de consanguinidad, con justa causa, y en el presente caso, no estima suficiente la que se ha alegado.

Visto el artículo 133 del Código Civil. Se declara no haber lugar á otorgar la autorización que se solicita y se deniega la licencia para contraer el matrimonio, dispensando el parentesco de consanguinidad que une á Don Juan Francisco Bernabé Carreras y Doña María Laureano Carbó. Lo acordaron y firman los Sres. del Tribunal.''

*Resultando* que notificado este auto y el de 2 de Noviembre denegando su reforma, el Letrado Don Benito Forés interpuso recurso de apelación, que se admitió en ambos efectos: y con citación y emplazamiento de las partes se elevaron los autos á esta Superioridad, donde se personaron en tiempo.

*Resultando* que señalado día para la vista tuvo ésta lugar en el día tres de Junio corriénte, en cuyo acto no estuvo presente el Letrado de las partes, pero el Fiscal de esta Corte estuvo presente y se adhirió al recurso.

Abogado de los apelantes: *Sr. Torres Monge.*

Abogado del Pueblo: *Sr. del Toro,* Fiscal.

El Juez Asociado Sr. MacLeary, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho y de derecho del auto apelado y vistas las disposiciones legales que se citan en el mismo.

*Fallamos*: que debemos confirmar y confirmamos el auto que en primero de Octubre de 1903 dictó la Corte de Distrito de Mayagüez, con las costas á los apelantes; y devuelvánse los autos á dicha Corte, con la certificación correspondiente.

Jueces concurrentes: Sres. Presidente, Quiñones, y Asociados, Hernández, y Figueras.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.